MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| ROSEMARY GREENE, | ) | Bankruptcy No. 12-49009 |
| Debtor. | ) | HON. WILLIAM J. LAFFERTY |

## EX PARTE MOTION TO REOPEN CASE

The debtor moves to reopen this case.

1. This case was commenced on November 6, 2012 in this court. Paul Mansdorf was duly appointed trustee.

2. The debtor was granted a discharge on February, 12, 2013 and case was subsequently closed on February 13, 2013 and the trustee discharged.

3. The debtor seeks the reopening of this case to enforce the discharge against a creditor asserting discharged claims in her currently pending Chapter 13 case.

4. Re appointment of a trustee is not necessary.

WHEREFORE, the debtor requests an order reopening the case.

Date: 01/16/2018          By:   /s/ Cathleen Cooper Moran
                                CATHLEEN COOPER MORAN
                                Attorney for Rosemary Greene