MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re: ) Chapter 7
)
ROSEMARY GREENE, ) Bankruptcy No. 12-49009
)
)
)
Debtor. )
_____ ) HON. WILLIAM J. LAFFERTY

**POINTS AND AUTHORITIES IN SUPPORT OF REOPENING CASE**

Bankruptcy Code section 350(b) provides that a "case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." *Adair*, 253 B.R. 85, 88 (9th Cir. BAP 2000); *Devore*, 223 B.R. 193. 198 (9th Cir. BAP 1998).

Debtor seeks to reopen this case to enforce the provisions of the discharge granted to her in the case.

FRBP 5010 provides that reopening is accomplished by motion. There is no requirement of notice or hearing.

Reopening is merely a ministerial act and has no independent legal significance. It is committed to the discretion of the court. *Menk*, 241 B.R. 896, 914 (9th Cir. BAP 1999).

//

| | |
|---|---|
| 1 | MORAN LAW GROUP |
| 2 | |
| 3 | Date: 01/16/2018    /s/ Cathleen Cooper Moran |
| 4 | CATHLEEN COOPER MORAN<br>Attorney for Rosemary Greene |