1 MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
2 RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
3 Mountain View, CA 94043-1375
Tel.: (650) 694-4700
4 Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net
5
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | |
|---|---|
| In Re: | Chapter 7 |
| ROSEMARY GREENE, | Bankruptcy No. 12-49009 |
| Debtor. | HON. WILLIAM J. LAFFERTY |

**DECLARATION OF CATHLEEN COOPER MORAN IN SUPPORT OF MOTION TO REOPEN CASE**

I, Cathleen Cooper Moran, declare:

1. I am an attorney duly licensed to practice in the State of California and before the Federal Courts in the Northern District of California and a shareholder of Moran Law Group, Inc., counsel to Rosemary Greene. I make this declaration of my own personal knowledge and if called as a witness I could and would competently testify thereto.

2. Ms. Greene is a debtor in a pending Chapter 13, case number 17-41704. Ms. Greene's daughter, Maya Kante and Ms. Kante's significant other Bosko Kante, have filed claims in that case and asserted causes of action that predate the filing of Ms. Greene's Chapter 7 case. I am informed and believe that the Kante's have long known about the Chapter 7 case and the discharge entered therein.

3. Violation of the discharge granted to Ms. Greene should be addressed in this

1 case.

2     I declare under penalty of perjury that the foregoing is true and correct.

4     Executed on January 16, 2018, at Mountain View, California.

6                                           /s/ Cathleen Cooper Moran
                                              CATHLEEN COOPER MORAN