MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re: ) Chapter 7
)
ROSEMARY GREENE, ) Bankruptcy No. 12-49009
)
)
)
Debtor. )
_____ ) HON. WILLIAM J. LAFFERTY

**CERTIFICATE OF SERVICE BY MAIL & NOTICE OF ELECTRONIC FILING**

I declare as follows:

I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within action; my business address is 1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On February 1, 2018, I served a copy, with all exhibits, of the following documents:

**1)** **EX PARTE MOTION TO REOPEN CASE**

**2)** **POINTS AND AUTHORITIES IN SUPPORT OF REOPENING CASE**

**3)** **DECLARATION OF CATHLEEN COOPER MORAN IN SUPPORT OF MOTION TO REOPEN CASE**

**4)** **(Proposed) ORDER GRANTING MOTION TO REOPEN CASE**

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United

-1-

States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

Andrew Christensen
Andrew J. Christensen, Attorney at Law
1970 Broadway #550
Oakland, CA 94612

The following documents are to be served by the Court via Notice of Electronic Filing ("NEF"):

    **1)    EX PARTE MOTION TO REOPEN CASE**

    **2)    POINTS AND AUTHORITIES IN SUPPORT OF REOPENING CASE**

    **3)    DECLARATION OF CATHLEEN COOPER MORAN IN SUPPORT OF MOTION TO REOPEN CASE**

    **4)    (Proposed) ORDER GRANTING MOTION TO REOPEN CASE**

pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document(s) will be served by the Court via NEF and hyperlink to the document. On **February 1, 2018** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) below:

<u>US Trustee</u>
Office of the US Trustee, Oakland
USTPRegion17.OA.ECF@usdoj.gov

<u>Chapter 7 Trustee</u>
Paul Mansdorf
paul@mansdorftrustee.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 1, 2018, at Mountain View, California.

                                                /s/ Anne Grugan
                                                Anne Grugan