

1

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758

2

RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140

3

Mountain View, CA 94043-1375
Tel.: (650) 694-4700

**The following constitutes the order of the court.**
**Signed February 2, 2018**

4

Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

5

Attorney for Debtor

6

_William J. Lafferty, III_
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

7

8

9

10

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

11

12

13

In Re:                                                    )        Chapter 7
                                                          )

14

ROSEMARY GREENE,                                          )        Bankruptcy No. 12-49009
                                                          )

15

                                                          )
                                                          )

16

                                                          )

17

                    Debtor.                               )
_____                           )        HON.  WILLIAM J. LAFFERTY

18

**ORDER GRANTING MOTION TO REOPEN CASE**

19

This matter came before the court on the ex parte motion of the debtor.   Upon

20

consideration of the pleadings and good cause appearing therefore, it is

21

ORDERED, that the case of Rosemary Greene be reopened without reappointment

22

of the Chapter 7 Trustee.

23

24

25

***END OF ORDER***

26

27

28

1                     **COURT SERVICE LIST**

2 Andrew J. Christensen
   1970 Broadway, Suite 550
3 Oakland, CA  94612

4 All other participants are ECF filers.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28