# Notice Recipients

District/Off: 0971–4   User: dpassador   Date Created: 2/5/2018
Case: 12–49009   Form ID: pdfeoc   Total: 2

**Recipients of Notice of Electronic Filing:**
ust   Office of the U.S. Trustee/Oak   USTPRegion17.OA.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
   Andrew J. Christensen   1970 Broadway, Suite 550   Oakland, CA 94612

TOTAL: 1