MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | |
|---|---|
| In Re: | Chapter 7 |
| ROSEMARY GREENE, | Bankruptcy No. 12-49009 |
| | Date: March 7, 2018 |
| | Time: 10:30 a.m. |
| | Room: Room 220 |
| Debtor. | |
| _____ | HON. WILLIAM J. LAFFERTY |

**MOTION FOR SANCTIONS FOR VIOLATION OF DISCHARGE INJUNCTION**

The debtor moves the court for sanctions against Bosco Kante and Maya Kante for violations of the discharge entered in favor of the debtor in this case.

MORAN LAW GROUP

Date: 02/02/2018     /s/ Cathleen Cooper Moran
CATHLEEN COOPER MORAN
Attorney for Debtor