MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re:                                ) Chapter 7
                                      )
ROSEMARY GREENE,                      ) Bankruptcy No. 12-49009
                                      ) Date:  March 7, 2018
                                      ) Time: 10:30 a.m.
                                      ) Room: 220
            Debtor.                   )
_____ ) HON.  WILLIAM J. LAFFERTY

**DECLARATION OF ROSEMARY GREENE IN SUPPORT OF MOTION FOR SANCTIONS**

I, Rosemary Greene, declare:

1. I was the debtor in this Chapter 7 bankruptcy case. I have personal knowledge of the matters addressed herein.

2. I am currently 80 years old. I have a heart condition and other health challenges.

3. When I encountered financial troubles in 2012 which threatened the home I live in, Bosco Kante was involved with helping me with my financial affairs. He was at all times aware that I was filing Chapter 7.

4. Immediately after I got a discharge, he presented me with an agreement to continue his involvement with my four plex rental property. That agreement provided that I still owed him money from our pre bankruptcy dealings with respect to my properties.

5. To the best of my knowledge, my bankruptcy attorney was not made aware of this

agreement to revive my debt to Kante.

6. Kante's proof of claim in my current Chapter 13 case includes $225,000 attributed to an agreement between he, my daughter and myself.

7. This dispute with Kante, in which he claims I owe him $1,400,000, has been a source of enormous stress in my life. Stress is extremely damaging to my health. He is the father of my grandson and he has excluded me from my grandson's life as a lever to force my acquiescence to his financial claims against me.

Executed under penalty of perjury this 26th day of January, 2018 at Oakland, California

        /s/ Rosemary Greene
        ROSEMARY GREENE