1  MORAN LAW GROUP, INC.
   CATHLEEN COOPER MORAN, I.D. #83758
2  RENÉE C. MENDOZA, I.D. #139939
   1674 N. Shoreline Blvd., Suite 140
3  Mountain View, CA 94043-1375
   Tel.: (650) 694-4700
4  Fax: (650) 694-4818
   E-mail: Cathy@moranlaw.net
5
   Attorney for Debtor
6

7

8              UNITED STATES BANKRUPTCY COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4
9

10

11  In Re:                          )   Chapter 7
                                    )
12   ROSEMARY GREENE,               )   Bankruptcy No. 12-49009
                                    )
13                                  )   Date:  March 7, 2018
                                    )   Time:  10:30 a.m.
14                                  )   Room: Room 220
             Debtor.               )
15  _____ )   HON.  WILLIAM J. LAFFERTY

16      **NOTICE OF HEARING ON MOTION FOR SANCTIONS FOR
             VIOLATION OF DISCHARGE INJUNCTION**
17

18         Please take notice that on March 7, 2018 at 10:30 a.m., in the courtroom of The

19  Honorable William J. Lafferty, at 1300 Clay St., Oakland California, the debtor will move

20  the court for sanctions for violation of the discharge entered in this case.

21         The motion will be based on the declarations, points and authorities and requests

22  for judicial notice filed herewith.

23                              MORAN LAW GROUP

24

25  Date: __02/02/2018_____   _/s/ Cathleen Cooper Moran_____
                                   CATHLEEN COOPER MORAN
26                                 Attorney for Rosemary Greene

27

28