1  Andrew J. Christensen (SBN: 260748)
   Attorney at Law
2  1970 Broadway, Suite 550
   Oakland, CA 94612
3  Tel: (510) 761-7183
   Fax: (510) 680-3430
4  Andrew@CaliforniaHomeLawyer.com

Attorney for Creditors
Bosco Kante and Maya Kante

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>Rosemary Greene<br><br>Debtor | Case No: 12-49009<br>Chapter 7<br><br>**Notice of Hearing**<br><br>Hearing<br><br>Date: March 7, 2018<br>Time: 10:30 AM<br>Place: 1300 Clay Street, Oakland, CA 94612<br>Judge: Honorable William J. Lafferty |

**To all parties in interest, PLEASE TAKE NOTICE:**

Creditors Bosco and Maya Kante have filed an Opposition to Debtor's Motion for Sanctions for Violation of the Discharge Injunction, and a Cross Motion to determine the dischargeability of a Debt. The hearing on the motion is set for the time and date and place specified above.

Dated: February 21, 2018               /s/ Andrew Christensen
                                        Andrew Christensen
                                        Attorney for Creditors

1

Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Creditors
Bosco Kante and Maya Kante

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of: | Case No: 12-49009 |
| Rosemary Greene | Certificate of Service |
| Debtor | |

I, Andrew J. Christensen, declare that I am a citizen of the United States, over 18 years of age, employed in Alameda County, and not a party to the within action. My business address is 1970 Broadway, Suite 550, Oakland, CA 94612. On February 21, 2018 I served the following document on the parties listed below by first class mail according to our ordinary business practices, in a sealed envelope, with paid postage, in Oakland California. **Creditors' Opposition to Debtor's Motion for Sanctions for Violation of the Discharge Injunction, and a Cross Motion to determine the dischargeability of a Debt , Declaration of Kantes, Exhibits, and Notice of Hearing.**

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on the following date at Oakland, California.

Dated:  February 21, 2018                 /s/ Andrew J. Christensen
                                          Andrew J. Christensen
                                          Attorney At Law

First Class Mail:

Rosemary Green                            1674 N Shoreline Blvd. #140
PO Box 2344                               Mountain View, CA 94043-1375
Oakland, CA 94614                         (650) 694-4700
                                          Email: ecf@moranlaw.net
Electronic Service:

Cathleen Cooper Moran                     United States Trustee
Renee C. Mendoza
Moran Law Group, Inc.                     Martha Bronitsky, Chapter 13 Trustee

2